FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 FEB 16  AM 11:55

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**SERGIO ANTONIO MALDONADO** and<br>**ANTHONY ANGEL JARAMILLO**,<br><br>    Defendants. | CRIMINAL NO. CR-22-252 RB<br><br>Counts 1 and 2:  18 U.S.C. § 1708:<br>Possession of Stolen Mail; 18 U.S.C. § 2:<br>Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about May 19, 2021, in Doña Ana County, in the District of New Mexico, the defendants, **SERGIO ANTONIO MALDONADO** and **ANTHONY ANGEL JARAMILLO**, unlawfully had in their possession, in a vehicle, letters and mail, and articles and things contained therein, which were stolen, taken, and abstracted from an authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted from an authorized depository.

In violation of 18 U.S.C. §§ 1708 and 2.

### Count 2

On or about May 19, 2021, in Doña Ana County, in the District of New Mexico, the defendants, **SERGIO ANTONIO MALDONADO** and **ANTHONY ANGEL JARAMILLO**, unlawfully had in their possession, in a hotel room, letters and mail, and articles and things contained therein, which were stolen, taken, and abstracted from an authorized depository for

mail matter, knowing the same to have been stolen, taken, and abstracted from an authorized depository.

In violation of 18 U.S.C. §§ 1708 and 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
02/11/22   10:59AM