IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. CR-22-252-RB |
| | ) | |
| vs. | ) | |
| | ) | |
| **SERGIO ANTONIO MALDONADO**, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
### FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the Doña Ana County Detention Center, Las Cruces, NM, to surrender SERGIO ANTONIO MALDONADO, YOB 1990, to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring Defendant to the United States Courthouse for the District of New Mexico for the purpose of prosecution in the above-captioned case.

SERGIO ANTONIO MALDONADO will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete.

Respectfully submitted,

FRED J. FEDERICI
United States Attorney


*/s/ Electronically filed 2/28/2022*
CHRISTOPHER SOLIS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, New Mexico  88001
(575) 522-2304